IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Bruce A. Temple, | ) | C/A No.  0:13-3455-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Fairfield County Sheriff's Office; Herman W. Young, *as Sheriff of Fairfield County and in his individual capacity*; Keith Lewis; Dunstan Padgett; Frazier Craig, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff, Bruce A. Temple, filed this civil action in December 2013.  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC.  On November 25, 2014, upon joint motion and consent of the parties, the court issued a Second Amended Scheduling Order extending the dispositive motions deadline until February 6, 2015. (ECF No. 32.)  As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case.[1]  The parties are directed to inform the court in writing of the status of this case on or before **February 16, 2015** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

February 9, 2015
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that on January 13, 2015, the parties filed a stipulation of dismissal with prejudice as to defendants Young, Lewis, Padgett and Craig in their individual capacities.  (ECF No. 33.)

Page 1 of 1